Simon Manoucherian (Bar No. 198760)
Frederic Esrailian (Bar No. 232799)
MESERVE, MUMPER & HUGHES LLP
300 South Grand Avenue, 24th Floor
Los Angeles, California 90071-3185
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendant
HM LIFE INSURANCE COMPANY, successor-in-interest to GROUPAMERICA INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRENE DEMEE, | Case No. C 07 3387 EDL |
| Plaintiff, | DECLARATION RE: FILING REMOVAL OF ACTION TO UNITED STATES DISTRICT COURT |
| v. | |
| GROUPAMERICA INSURANCE COMPANY, COMPUWARE CORPORATION EMPLOYEE BENEFITS PLAN and DOES 1-50, inclusive, | [San Francisco Superior Court Case No. CGC-070462335] |
| Defendant. | Complaint Filed: April 12, 2007 |

I, Patricia Cormier Herron, declare as follows:

1. Declarant is a citizen of the United States, is over the age of 18 years, and is not a party to this action.

2. Declarant is a resident of the County of Los Angeles, State of California.

3. Declarant is an employee of the law firm of Meserve, Mumper & Hughes LLP, located at 300 South Grand Avenue, 24th Floor, Los Angeles, California 90071-3185, attorneys of record for Defendant HM LIFE INSURANCE COMPANY in the above-referenced action.

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

86097.1

1

DECLARATION OF REMOVAL

4. On June 28, 2007, declarant, for Meserve, Mumper & Hughes LLP, caused to be filed with the Clerk of the Superior Court of the State of California for the County of Santa Clara, the court in which this action was pending, a true and correct copy of the Notice of Removal of Action to the United States District Court, which has been filed in the above-entitled United States District Court.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 28th day of June, 2007, at Los Angeles, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

*Patricia Cormier Herron*
Patricia Cormier Herron

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

86097.1

2

DECLARATION OF REMOVAL