ORIGINAL

1  Simon Manoucherian (Bar No. 198760)
   Frederic Esrailian (Bar No. 232799)
2  MESERVE, MUMPER & HUGHES LLP
   300 South Grand Avenue, 24th Floor
3  Los Angeles, California 90071-3185
   Telephone: (213) 620-0300
4  Facsimile: (213) 625-1930

5  Attorneys for Defendant
   HM LIFE INSURANCE COMPANY, successor-
6  in-interest to GROUPAMERICA INSURANCE
   COMPANY

7

8

9                UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA    **EDL**

11

12 IRENE DEMEE,                      ) Case No. C 07 3387
                                     )
13        Plaintiff,                 ) HM LIFE INSURANCE COMPANY'S
                                     ) DISCLOSURE STATEMENT
14    v.                             )
                                     ) [F.R.C.P. 7.1(a)]
15 GROUPAMERICA INSURANCE            )
   COMPANY, COMPUWARE                )
16 CORPORATION EMPLOYEE              )
   BENEFITS PLAN and DOES 1-50,      )
17 inclusive,                        )
                                     )
18        Defendant.                 ) Complaint Filed: April 12, 2007

19

20      TO THE DISTRICT COURT OF THE UNITED STATES, NORTHERN

21 DISTRICT OF CALIFORNIA, AND TO PLAINTIFF AND HER ATTORNEYS

22 OF RECORD:

23      Pursuant to Federal Rules of Civil Procedure, Rule 7.1(a), the undersigned

24 counsel of record for HM LIFE INSURANCE COMPANY, formerly known as

25 GroupAmerica Insurance Company certifies that the following listed parties have a

26 direct, pecuniary interest in the outcome of this case. These representations are

27 made to enable the Court to evaluate possible disqualification or recusal.

28

| PARTY | CONNECTION |
|---|---|
| 1. HM LIFE INSURANCE COMPANY, | HM Life Insurance Company, successor-in-interest to GroupAmerica Insurance Company is a wholly owned subsidiary of HM Insurance Group, Inc., which is a wholly owned subsidiary of the parent company, HIGHMARK INC. |
| 2. COMPUWARE CORPORATION EMPLOYEE BENEFITS PLAN | Defendant |
| 3. IRENE DEMEE | Plaintiff |

Dated: June 28, 2007

MESERVE, MUMPER & HUGHES LLP
Simon Manoucherian
Frederic Esrailian

By: _____
Frederic Esrailian
Attorneys for Defendant
HM LIFE INSURANCE COMPANY,
successor-in-interest to
GROUPAMERICA INSURANCE
COMPANY