ORIGINAL

Simon Manoucherian (Bar No. 198760)
Frederic Esrailian (Bar No. 232799)
MESERVE, MUMPER & HUGHES LLP
300 South Grand Avenue, 24th Floor
Los Angeles, California 90071-3185
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendant
HM LIFE INSURANCE COMPANY, successor-in-interest to GROUPAMERICA INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRENE DEMEE, | Case No. C 07 3387 EDL |
| Plaintiff, | CERTIFICATE OF SERVICE |
| v. | |
| GROUPAMERICA INSURANCE COMPANY, COMPUWARE CORPORATION EMPLOYEE BENEFITS PLAN and DOES 1-50, inclusive, | |
| Defendant. | Complaint Filed: April 12, 2007 |

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is MESERVE, MUMPER & HUGHES LLP, 300 South Grand Avenue, 24th Floor, Los Angeles, California 90071-3185.

On June 28, 2007, I served on interested parties in said action the following:

1. Notice of Removal of Action to United States District Court;

2. HM Life's Disclosure Statement;

3. Declaration re: Filing Removal of Action to United States District Court; and

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

86098.1

1

CERTIFICATE OF SERVICE

1   4. Notice to Removal of Action to District Court (filed in State Court).
2 by placing true copies thereof in sealed envelope(s) addressed as stated below and
3 causing such envelope(s) to be deposited in the U.S. Mail at Los Angeles,
4 California.

5

6 John Frye, Esq.
  Law Offices of John Frye
7 411 Borel Avenue, Suite 500
  San Mateo, CA 94402
8

9 I am readily familiar with this firm's practice of collection and processing
10 correspondence for mailing. Under that practice it would be deposited with the U.S.
11 postal service on that same day in the ordinary course of business. I am aware that
12 on motion of party served, service is presumed invalid if postal cancellation date or
13 postage meter date is more than 1 day after date of deposit for mailing in affidavit.
14   Executed on June 28, 2007, at Los Angeles, California.
15   I declare under penalty of perjury that I am employed in the office of a
16 member of the bar of this Court at whose direction the service was made and that the
17 foregoing is true and correct.
18
19   _____Patricia Cormier Herron_____                 _Patricia Cormier Herron_
           (Type or print name)                              (Signature)
20
21
22
23
24
25
26
27
28