1  Simon Manoucherian (Bar No. 198760)
   SManoucherian@mmhllp.com
2  Frederic Esrailian (Bar No. 232799)
   FEsrailian@mmhllp.com
3  MESERVE, MUMPER & HUGHES LLP
   300 South Grand Avenue, 24th Floor
4  Los Angeles, California 90071-3185
   Telephone: (213) 620-0300
5  Facsimile: (213) 625-1930

6  Attorneys for Defendant
   HIGHMARK LIFE INSURANCE COMPANY,
7  formerly known as GROUPAMERICA
   INSURANCE COMPANY

8              UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA

10

11  IRENE DEMEE,                        )  Case No. C 07-03387 EDL
                                        )
12          Plaintiff,                  )  NOTICE OF INITIAL CASE
                                        )  MANAGEMENT CONFERENCE
13      v.                              )  AND ADR DEADLINES AND
                                        )  SERVICE OF DOCUMENTS
14  GROUPAMERICA INSURANCE              )  REQUIRED BY COURT AND
    COMPANY, COMPUWARE                  )  LOCAL RULE 4-2
15  CORPORATION EMPLOYEE                )
    BENEFITS PLAN and DOES 1-50,        )
16  inclusive ,                         )
                                        )
17          Defendant.                  )
    _____)
18

19      TO ALL PLAINTIFF AND TO HER ATTORNEYS OF RECORD:

20      PLEASE TAKE NOTICE the above-entitled court has scheduled an Initial

21  Case Management Conference on October 2, 2007 at 3:00 p.m. in Courtroom E, 15th

22  Floor of the above entitled court. Attached hereto as Exhibit A is a true and correct

23  copy of the Order Setting Initial Case Management Conference and ADR Deadlines

24  and Standing Order Regarding Case Management in Civil Cases.

25      PLEASE ALSO TAKE NOTICE that this matter has been assigned to a

26  United States Magistrate Judge for Trial. Attached hereto as Exhibit B is a true and

27  correct copy of the Notice of Assignment of Case to A United States Magistrate

28

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

86223.1                           1

NOTICE OF INITIAL CASE
MANAGEMENT CONFERENCE AND
ADR DEADLINES AND SERVICE OF
DOCUMENTS REQUIRED BY COURT

1  Judge for Trial with blank Consent to Proceed Before a United States Magistrate

2  Judge and blank Declination to Proceed Before a Magistrate Judge and Request for

3  Reassignment to a United States District Judge.

4         PLEASE TAKE FURTHER NOTICE that this matter has been assigned to

5  the Alternative Dispute Resolution (ADR) Multi-Option Program governed by ADR

6  Local Rule 3.  Additionally, true and correct copies of the following documents are

7  attached hereto as Exhibit C: (1) Office of the Clerk United States District Court

8  Northern California – Welcome to the U.S. District Court, San Francisco; (2)

9  General Order No. 45 – Electronic Case Filing; (3)  U.S. District Court Northern

10 California ECF Registration Information Handout; (4) Office of the Clerk's United

11 States District of Court Northern District of California – Notice of Electronic

12 Availability of Case File Information; (5) Blank Joint Case Management Statement

13 and Proposed Order; (6) Notice of Lawsuit and Request for Waiver of Summons;

14 and (7) Instructions for Completion of ADR Forms Regarding Selection of an ADR

15 Process with blank ADR Certification by Parties and Counsel, Stipulation and

16 [Proposed] Order Selection ADR Process, and Notice of Need for ADR Phone

17 Conference; and, (8) the handbook entitled "Dispute Resolution Procedures in the

18 Northern District of California."

19

20 Dated: July 2, 2007                    MESERVE, MUMPER & HUGHES LLP
                                         SIMON MANOUCHERIAN
21                                       FREDERIC ESRAILIAN

22                                       By:_____

23                                       Frederic Esrailian
                                         Attorneys for Defendant
24                                       HIGHMARK LIFE INSURANCE
                                         COMPANY, formerly known as
25                                       GROUPAMERICA INSURANCE
                                         COMPANY

26

27

28

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

86223.1

2

NOTICE OF INITIAL CASE
MANAGEMENT CONFERENCE AND
ADR DEADLINES AND SERVICE OF
DOCUMENTS REQUIRED BY COURT