UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

# NOTICE OF ASSIGNMENT OF CASE
# TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL

Pursuant to General Order 44, the Assignment Plan of the United States District Court for the Northern District of California, this case has been randomly assigned to Magistrate Judge

**ELIZABETH D. LAPORTE**

Pursuant to Title 28 U.S.C. § 636(c), with written consent of all parties, a magistrate judge may conduct all proceedings in the case. Attached is a form to complete if you consent to proceed before the assigned magistrate judge and a form to complete if you decline to proceed before the assigned magistrate judge. Electronic versions of both forms are also available at the Court's Internet site: http://www.cand.uscourts.gov. Click on Forms-Civil. A party is free to withhold consent without adverse consequences. If a party declines to consent, the case will be randomly reassigned to a district judge and a case management conference will be scheduled on the district judge's calendar as close as possible to the date presently scheduled before the magistrate judge.

You must file your consent or declination by the deadline for filing the initial case management statement.

The plaintiff or removing party shall serve a copy of this notice and all attachments upon all other parties to this action pursuant to Federal Rules of Civil Procedure 4 and 5.

FOR THE COURT
RICHARD W. WIEKING, CLERK

By: Deputy Clerk

MARY ANN BUCKLEY

MagAssnNtc-2-03.wpd

EXHIBIT B, PAGE 8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

                                                No. C

    Plaintiff(s),
                                                **CONSENT TO PROCEED BEFORE A**
  v.                                            **UNITED STATES MAGISTRATE JUDGE**

    Defendant(s).
_____/

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: _____          _____
                                        Signature

                                        Counsel for _____
                                        (Plaintiff, Defendant or indicate "pro se")

EXHIBIT _B_, PAGE _1_

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

                                                          No. C

          Plaintiff(s),
                                                          **DECLINATION TO PROCEED BEFORE
     v.                                                   A MAGISTRATE JUDGE
                                                          AND
                                                          REQUEST FOR REASSIGNMENT TO A
                                                          UNITED STATES DISTRICT JUDGE**

          Defendant(s).
_____/

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: _____          Signature _____

                                         Counsel for _____
                                         (Plaintiff, Defendant, or indicate "pro se")



EXHIBIT _B_, PAGE _10_