UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IRENE DEMEE,

        Plaintiff,

v.

GROUPAMERICA INSURANCE COMPANY, et al.,

        Defendants.
_____/

No. C-07-03387 EDL

NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE

The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

**XX**   (1)   One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

      (2)   One or more of the parties has sought a type of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

The CASE MANAGEMENT CONFERENCE previously scheduled for October 2, 2007, at 3:00 p.m. on Magistrate Judge Laporte's calendar will NOT be held.

Dated: July 3, 2007

                                          Richard W. Wieking, Clerk
                                          United States District Court

                                          By: Lili M. Harrell
                                          Deputy Clerk