**SUMMONS AND COMPLAINT**

Case No.

**PROOF OF SERVICE**

**TO PROCESS SERVER:** You are to serve the summons and complaint not later than 182 days from the date of filing. You must make and file your return with the court clerk. If you are unable to complete service you must return this original and all copies to the court clerk.

**CERTIFICATE / AFFIDAVIT OF SERVICE / NON-SERVICE**

☐ **OFFICER CERTIFICATE**
I certify that I am a sheriff, deputy sheriff, bailiff, appointed court officer, or attorney for a party [MCR 2.104(A)(2)], and that: (notary not required)

OR

☒ **AFFIDAVIT OF PROCESS SERVER**
Being first duly sworn, I state that I am a legally competent adult who is not a party or an officer of a coporate party, and that: (notary required)

☒ I served personally a copy of the summons and complaint,
☐ I served by registered or certified mail (copy of return receipt attached)   a copy of the summons and complaint, Civil Cover Sheet, Notice to Plaintiff, Mediation Brochure,
together with __Information Packet__ on the defendant(s):
          Attachment

| Defendant's name | Complete address(es) of service | Day, date, time |
|---|---|---|
| COMPUTWARE CORPORATION, ET AL c/o Sue Marx - Payroll | One Campus Martius Detroit, MI 48226 | 6/25/07 @ 1:10 p.m. |
| | | |
| | | |

☐ After diligent search and inquiry, I have been unable to find and serve the following defendant(s):
_____

I have made the following efforts in attempting to serve process: _____

☐ I have personally attempted to serve the summons and complaint, together with _____
                                                                                                Attachment
on _____ Name

at _____ and have been unable to complete service because the address was incorrect at the time of filing.
     Address

| Service fee | Miles traveled | Mileage fee | Total fee |
|---|---|---|---|
| $ | | $ | $ |

Signature

Wendell Byrd - Process Server
Title

Subscribed and sworn to before me on 6-25-07 , Oakland County, Michigan.
                                          Date

My commission expires: _____  Signature: _____
                           Date              Deputy court clerk/Notary public

KEVIN MORRIS
Notary Public, Oakland County, MI
Acting in Wayne County, MI
My Commission Expires May 1, 2010

**ACKNOWLEDGMENT OF SERVICE**

I acknowledge that I have received service of the summons and complaint, together with _____
                                                                                     Attachment
_____ on _____
                        Day, date, time
_____ on behalf of _____
Signature

MCR 2.105
(F2630)