Simon Manoucherian (Bar No. 198760)
SManoucherian@mmhllp.com
Frederic Esrailian (Bar No. 232799)
FEsrailian@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
300 South Grand Avenue, 24th Floor
Los Angeles, California 90071-3185
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendants
HM LIFE INSURANCE COMPANY, successor-in-interest to GROUPAMERICA INSURANCE COMPANY; COMPUWARE CORPORATION EMPLOYEE BENEFITS PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRENE DEMEE,<br><br>  Plaintiffs,<br><br>  v.<br><br>GROUPAMERICA INSURANCE COMPANY, COMPUWARE CORPORATION EMPLOYEE BENEFITS PLAN and DOES 1-50, inclusive,<br><br>  Defendants. | Case No. C 07-03387 JSW<br><br>STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT<br><br>[Local Rule 6-1(a)]<br><br><br><br>Complaint Filed: April 12, 2007 |

WHEREAS, plaintiff IREME DEMEE ("Plaintiff") served upon defendant COMPUWARE CORPORATION EMPLOYEE BENEFITS PLAN ("Compuware") a Complaint in this action on or about June 25, 2007;

WHEREAS, for good cause, the parties wish to extend the time within which a responsive pleading to the Complaint must be filed by Compuware and served by fourteen (14) days to July 30, 2007;

IT IS HEREBY STIPULATED by and between Plaintiff and Compuware, by and through their respective attorneys of record, that the time within which a

1  responsive pleading to Plaintiff's Complaint must be filed and served is extended by
2  fourteen (14) days to July 30, 2007.

4       IT IS SO STIPULATED.

6  Dated: July 16, 2007

MESERVE, MUMPER & HUGHES LLP
Simon Manoucherian
Frederic Esrailian

By: /s/
Frederic Esrailian
Attorneys for Defendant
HM LIFE INSURANCE COMPANY,
successor-in-interest to
GROUPAMERICA INSURANCE
COMPANY, and COMPUWARE
CORPORATION EMPLOYEE
BENEFITS PLAN

15 Dated:

LAW OFFICES OF JOHN FRYE
John Frye

By:_____
John Frye
Attorneys for Plaintiff
IREME DEMEE

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

86480.1

2

STIPULATION TO EXTEND TIME TO
RESPOND

1 | responsive pleading to Plaintiff's Complaint must be filed and served is extended by
2 | fourteen (14) days to July 30, 2007.

IT IS SO STIPULATED.

Dated:

MESERVE, MUMPER & HUGHES LLP
Simon Manoucherian
Frederic Esrailian

By: _____
Frederic Esrailian
Attorneys for Defendant
HM LIFE INSURANCE COMPANY,
successor-in-interest to
GROUPAMERICA INSURANCE
COMPANY, and COMPUWARE
CORPORATION EMPLOYEE
BENEFITS PLAN

Dated:

LAW OFFICES OF JOHN FRYE
John Frye

By: _____/s/ John Frye_____
John Frye
Attorneys for Plaintiff
IREME DEMEE

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP
86480.1

STIPULATION TO EXTEND TIME TO RESPOND
2