1  Simon Manoucherian (Bar No. 198760)
   SManoucherian@mmhllp.com
2  Frederic Esrailian (Bar No. 232799)
   FEsrailian@mmhllp.com
3  MESERVE, MUMPER & HUGHES LLP
   300 South Grand Avenue, 24th Floor
4  Los Angeles, California 90071-3185
   Telephone: (213) 620-0300
5  Facsimile: (213) 625-1930

6  Attorneys for Defendants
   HM LIFE INSURANCE COMPANY, successor-
7  in-interest to GROUPAMERICA INSURANCE
   COMPANY; COMPUWARE CORPORATION
8  EMPLOYEE BENEFITS PLAN

9

                    UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11

12
   IRENE DEMEE,                      )   Case No. C 07-03387 JSW
13                                    )
            Plaintiff,                )   STIPULATION TO DISMISS
14                                    )   COMPUWARE CORPORATION
         v.                          )   EMPLOYEE BENEFITS PLAN
15                                    )   WITHOUT PREJUDICE;
   GROUPAMERICA INSURANCE            )   [PROPOSED] ORDER
16 COMPANY, COMPUWARE               )
   CORPORATION EMPLOYEE             )
17 BENEFITS PLAN and DOES 1-50,     )
   inclusive ,                       )
18                                    )   Complaint Filed:   April 12, 2007
            Defendants.              )
19                                    )
                                      )
20

21      IT IS HEREBY STIPULATED by and between Plaintiff IREME DEMEE

22 ("Demee") and Defendants HM LIFE INSURANCE COMPANY ("HM Life") and

23 COMPUWARE CORPORATION EMPLOYEE BENEFITS PLAN ("Plan"), by

24 and through their respective counsel, as follows:

25 ////

26 ////

27 ////

28

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

86807.1                              1                STIPULATION RE DISMISSAL

1       1.      The parties agree that this case is governed by the Employee

2   Retirement Income Security Act of 1976 ("ERISA"), 29 U.S.C. Section 1001, et

3   seq.

4       2.      Defendant HM Life has confirmed that the Plan is fully insured under

5   Group Policy Number 904974 to insure the Plan for life insurance benefits for the

6   time period at issue in this case.

7       3.      In consideration for this Stipulation, HM Life acknowledges and agrees

8   that it will be responsible for any judgment relating to life insurance benefits,

9   interest on such benefits, and attorneys' fees incurred in pursuing the litigation to

10  obtain those as they relate to Plaintiff Demee based on the allegations in the

11  Complaint.

12      4.      The parties therefore stipulate and request that the Plan be dismissed

13  without prejudice, with the parties to bear their own attorneys' fees and costs with

14  regard to the dismissal.  HM Life shall remain the only named defendant.

15

16  Dated:  August /3, 2007            MESERVE, MUMPER & HUGHES LLP
                                        Simon Manoucherian
17                                      Frederic Esrailian

18

19                                      By: _____
                                        Frederic Esrailian
20                                      Attorneys for Defendant
                                        HM LIFE INSURANCE COMPANY,
21                                      successor-in-interest to
                                        GROUPAMERICA INSURANCE
22                                      COMPANY, and COMPUWARE
                                        CORPORATION EMPLOYEE
23                                      BENEFITS PLAN

24

25

26

27

28

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

86807.1                          2                  STIPULATION RE DISMISSAL

1 Dated: August 6, 2007

LAW OFFICES OF JOHN FRYE
John Frye

2

3 By: _____
John Frye
Attorneys for Plaintiff
4 IREME DEMEE

5

6

7 **ORDER**

8 IT IS HEREBY ORDERED that defendant COMPUWARE CORPORATION

9 EMPLOYEE BENEFITS PLAN be dismissed from this action without prejudice,

10 with the parties to bear their own attorneys' fees and costs.

11

12 Dated: _____ _____
Hon. Jeffrey S. White
13 United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

86807.1

3

STIPULATION RE DISMISSAL