1  Simon Manoucherian (Bar No. 198760)
   SManoucherian@mmhllp.com
2  Frederic Esrailian (Bar No. 232799)
   FEsrailian@mmhllp.com
3  MESERVE, MUMPER & HUGHES LLP
   300 South Grand Avenue, 24th Floor
4  Los Angeles, California 90071-3185
   Telephone: (213) 620-0300
5  Facsimile: (213) 625-1930

6  Attorneys for Defendants
   HM LIFE INSURANCE COMPANY, successor-
7  in-interest to GROUPAMERICA INSURANCE
   COMPANY; COMPUWARE CORPORATION
8  EMPLOYEE BENEFITS PLAN

9
              UNITED STATES DISTRICT COURT
10
              NORTHERN DISTRICT OF CALIFORNIA
11

12
13  IRENE DEMEE,                    )  Case No. C 07-03387 JSW
                                    )
14         Plaintiff,                )  STIPULATION TO DISMISS
                                    )  COMPUWARE CORPORATION
15     v.                           )  EMPLOYEE BENEFITS PLAN
                                    )  WITHOUT PREJUDICE;
16  GROUPAMERICA INSURANCE          )  [PROPOSED] ORDER
    COMPANY, COMPUWARE              )
17  CORPORATION EMPLOYEE            )
    BENEFITS PLAN and DOES 1-50,    )
18  inclusive,                      )
                                    )  Complaint Filed: April 12, 2007
19         Defendants.               )
    _____)
20

21      IT IS HEREBY STIPULATED by and between Plaintiff IREME DEMEE

22  ("Demee") and Defendants HM LIFE INSURANCE COMPANY ("HM Life") and

23  COMPUWARE CORPORATION EMPLOYEE BENEFITS PLAN ("Plan"), by

24  and through their respective counsel, as follows:

25  ////

26  ////

27  ////

28

1.    The parties agree that this case is governed by the Employee Retirement Income Security Act of 1976 ("ERISA"), 29 U.S.C. Section 1001, et seq.

2.    Defendant HM Life has confirmed that the Plan is fully insured under Group Policy Number 904974 to insure the Plan for life insurance benefits for the time period at issue in this case.

3.    In consideration for this Stipulation, HM Life acknowledges and agrees that it will be responsible for any judgment relating to life insurance benefits, interest on such benefits, and attorneys' fees incurred in pursuing the litigation to obtain those as they relate to Plaintiff Demee based on the allegations in the Complaint.

4.    The parties therefore stipulate and request that the Plan be dismissed without prejudice, with the parties to bear their own attorneys' fees and costs with regard to the dismissal. HM Life shall remain the only named defendant.

Dated: August 13, 2007

MESERVE, MUMPER & HUGHES LLP
Simon Manoucherian
Frederic Esrailian

By: _____
Frederic Esrailian
Attorneys for Defendant
HM LIFE INSURANCE COMPANY, successor-in-interest to GROUPAMERICA INSURANCE COMPANY, and COMPUWARE CORPORATION EMPLOYEE BENEFITS PLAN

1  Dated: August 6, 2007          LAW OFFICES OF JOHN FRYE
                                   John Frye
2
3                                  By: /s/ John Frye
                                   John Frye
4                                  Attorneys for Plaintiff
                                   IREME DEMEE
5
6
7                                  **ORDER**

8   IT IS HEREBY ORDERED that defendant COMPUWARE CORPORATION
9   EMPLOYEE BENEFITS PLAN be dismissed from this action without prejudice,
10  with the parties to bear their own attorneys' fees and costs.

11
12  Dated: August 13, 2007         /s/ Jeffrey S. White
                                   Hon. Jeffrey S. White
13                                 United States District Judge

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP
80807.1
                                   3                        STIPULATION RE DISMISSAL