IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTE ORDER

**JUDGE:  JEFFREY S. WHITE**              **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: September 14, 2007              **Court Reporter**:  Catherine Edwards


**CASE NO. C-07-3387  JSW**

**TITLE:**  Irene Demee v. Group America Insurance, et al.,


| COUNSEL FOR PLAINTIFF: | COUNSEL FOR DEFENDANT: |
|---|---|
| John Frye | Simon Manoucherian |


**PROCEEDINGS:**  Initial Case Management Conference

**RESULTS:**   Counsel shall confer with clients and submit a consent / declination for reassignment to a Magistrate Judge for All Purposes by 9-21-07.

   **Amendment of Pleadings, if any:  10-15-07**

   **Private Mediation with JAMs, complete by:  11-12-07**

   **Close of ALL discovery: 12-14-07**

   **Hearing on dispositive motions (if any):  2-22-08 at 9:00 a.m.**

   **Pretrial Conference:  4-21-08 at 2:00 p.m.**

   **Bench Trial: 5-19-08 at 8:30 a.m. (1/2 day estimate)**