Simon Manoucherian (Bar No. 198760)
SManoucherian@mmhllp.com
Frederic Esrailian (Bar No. 232799)
FEsrailian@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
300 South Grand Avenue, 24th Floor
Los Angeles, California 90071-3185
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendant
HM LIFE INSURANCE COMPANY, successor-in-interest to GROUPAMERICA INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRENE DEMEE,<br><br>  Plaintiff,<br><br>  v.<br><br>GROUPAMERICA INSURANCE COMPANY, COMPUWARE CORPORATION EMPLOYEE BENEFITS PLAN and DOES 1-50, inclusive,<br><br>  Defendants. | Case No. C 07-03387 JSW<br><br>JOINT REPORT REGARDING SUBMISSION TO MAGISTRATE JUDGE FOR ALL PROCEEDINGS<br><br>Complaint Filed: April 12, 2007<br>Motion Cutoff: February 22, 2008<br>Pre-Trial: April 21, 2008<br>Trial Date: May 19, 2008 |

Pursuant to this Court's order of September 14, 2007, counsel have further consulted with their clients with regard to this matter proceeding for all purposes before a United States Magistrate Judge.

////

////

////

////

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

87938.1

1

JOINT REPORT REGARDING
SUBMISSION TO MAGISTRATE JUDGE
FOR ALL PROCEEDINGS

1  The parties respectfully submit, by and through their respective counsel of
2  record, that they do not consent for this matter to be assigned to a United States
3  Magistrate Judge for further proceedings.

4

5  Dated: September 20, 2007      MESERVE, MUMPER & HUGHES LLP
                                  Simon Manoucherian
6                                 Frederic Esrailian

7
                                  By: _____
8                                 Simon Manoucherian
9                                 Attorneys for Defendant
                                  HM LIFE INSURANCE COMPANY,
10                                successor-in-interest to
                                  GROUPAMERICA INSURANCE
11                                COMPANY

12 Dated: September 20, 2007      LAW OFFICES OF JOHN FRYE
                                  John Frye
13

14                                By: _____
15                                John Frye
                                  Attorneys for Plaintiff
16                                IREME DEMEE

17
18
19
20
21
22
23
24
25
26
27
28

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

87938.1                           2

JOINT REPORT REGARDING
SUBMISSION TO MAGISTRATE JUDGE
FOR ALL PROCEEDINGS