Simon Manoucherian (Bar No. 198760)
SManoucherian@mmhllp.com
Frederic Esrailian (Bar No. 232799)
FEsrailian@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
300 South Grand Avenue, 24th Floor
Los Angeles, California 90071-3185
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendants
HM LIFE INSURANCE COMPANY, successor-in-interest to GROUPAMERICA INSURANCE COMPANY; COMPUWARE CORPORATION EMPLOYEE BENEFITS PLAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRENE DEMEE,<br><br>    Plaintiff,<br><br>v.<br><br>GROUPAMERICA INSURANCE COMPANY, COMPUWARE CORPORATION EMPLOYEE BENEFITS PLAN and DOES 1-50, inclusive ,<br><br>    Defendants. | Case No. C 07-03387 JSW<br><br>STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE; [PROPOSED] ORDER THEREON<br><br>[F.R.C.P. 41]<br><br>Complaint Filed: April 12, 2007 |

Plaintiff IREME DEMEE and Defendant HM LIFE INSURANCE COMPANY, successor-in-interest to GROUPAMERICA INSURANCE COMPANY ("HM Life"), by and through their respective counsel of record, hereby agree and stipulate to dismiss this action in its entirety, with prejudice as to all parties defendant, including HM Life and COMPUWARE CORPORATION

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

88929.1

STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE; ORDER THEREON

1

EMPLOYEE BENEFITS PLAN, pursuant to Federal Rules of Civil Procedure, Rule 41(a), and each party shall bear its own attorneys' fees and costs in this matter.[1]

The parties seek the Court's approval of dismissal of this action with prejudice.

Dated: November _21, 2007        MESERVE, MUMPER & HUGHES LLP
Simon Manoucherian
Frederic Esrailian

By:   s/Simon Manoucherian
Simon Manoucherian
Attorneys for Defendant
HM LIFE INSURANCE COMPANY, successor-in-interest to GROUPAMERICA INSURANCE COMPANY, and COMPUWARE CORPORATION EMPLOYEE BENEFITS PLAN

Dated: November _13, 2007        LAW OFFICES OF JOHN N. FRYE
John N. Frye

By:   s/ John N. Frye
John N. Frye
Attorneys for Plaintiff
IREME DEMEE

## ORDER

Based upon the stipulation of the parties and for good cause shown,

**IT IS HEREBY ORDERED** that this action, Case No. C 07-03387 JSW, is dismissed in its entirety as to all defendants, including Compuware Corporation Employee Benefits Plan, HM Life Insurance Company, and Groupamerica Insurance Company, with prejudice.

**IT IS HEREBY FURTHER ORDERED** that each party shall bear its own attorneys' fees and costs in this matter.

Dated: _____   _____
Hon. Jeffrey S. White
United States District Judge

---

[1] Defendant COMPUWARE CORPORATION EMPLOYEE BENEFITS PLAN was previously dismissed without prejudice.

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

88929.1

STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE; ORDER THEREON

2