1  EMPLOYEE BENEFITS PLAN, pursuant to Federal Rules of Civil Procedure, Rule
2  41(a), and each party shall bear its own attorneys' fees and costs in this matter.[1]

3      The parties seek the Court's approval of dismissal of this action with
4  prejudice.

5  Dated: November 2(, 2007      MESERVE, MUMPER & HUGHES LLP
    Simon Manoucherian
6      Frederic Esrailian

7      By: _____
8      Simon Manoucherian
    Attorneys for Defendant
9      HM LIFE INSURANCE COMPANY,
    successor-in-interest to
10     GROUPAMERICA INSURANCE
    COMPANY, and COMPUWARE
11     CORPORATION EMPLOYEE
    BENEFITS PLAN
12

13 Dated: November 13, 2007      LAW OFFICES OF JOHN N. FRYE
    John N. Frye
14

15     By: _____
    John N. Frye
16     Attorneys for Plaintiff
    IREME DEMEE

17

## ORDER

18 Based upon the stipulation of the parties and for good cause shown,

19 **IT IS HEREBY ORDERED** that this action, Case No. C 07-03387 JSW, is
20 dismissed in its entirety as to all defendants, including Compuware Corporation
21 Employee Benefits Plan, HM Life Insurance Company, and Groupamerica
22 Insurance Company, with prejudice.

23 **IT IS HEREBY FURTHER ORDERED** that each party shall bear its own
24 attorneys' fees and costs in this matter.

25 Dated: _____    _____
26     Hon. Jeffrey S. White
    United States District Judge
27 _____

28 [1] Defendant COMPUWARE CORPORATION EMPLOYEE BENEFITS PLAN was previously dismissed without prejudice.

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

88929.1                                    2

STIPULATION TO DISMISS ENTIRE
ACTION WITH PREJUDICE; ORDER
THEREON